LoG 11/3/22

PMC/TMS: USAO 2021R00647

USDC- BALTIMORE
'22 NOV 3 PM 12:09

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | * | |
|---|---|---|
| | * | CRIMINAL NO. PX-22-380 |
| v. | * | |
| | * | (Stalking, 18 U.S.C. § 2261A) |
| JASON MICHAEL LEIDEL, | * | |
| | * | |
| Defendant. | * | |
| | * | |

*******

## INDICTMENT

### COUNT ONE
(Stalking)

The Grand Jury for the District of Maryland charges that:

At all times relevant hereto:

1. Defendant **JASON MICHAEL LEIDEL** was an active duty, United States Navy officer who resided in Maryland.

2. Victim 1 was the estranged spouse, and former spouse of **JASON MICHAEL LEIDEL** who resided outside the state of Maryland.

3. Victim 2 was an active duty, United States Marine Corps officer with whom Victim 1 had a close personal relationship following her separation from **JASON MICHAEL LEIDEL**, and to whom Victim 1 is now married.

### The Charge

4. From in or about August 2018, through in or about October 2022, in the District of Maryland and elsewhere, the defendant,

**JASON MICHAEL LEIDEL,**

did, with the intent to harass and intimidate other persons, use any interactive computer service and electronic communication service and electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce, including the internet, the mail, and the telephone, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Victim 1, Victim 2 and other persons.

18 U.S.C. § 2261A(2)(B)
18 U.S.C. § 2261(b)(5)
18 U.S.C. § 2

Erek L. Barron
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
Foreperson

11/3/2022
Date: