PS 42
(Rev. 3/14)

# United States District Court
## DISTRICT OF MARYLAND

| | |
|---|---|
| **United States of America** | ) |
| | ) |
| vs. | ) |
| | ) |
| **Jason Leidel** | )   Case No.   8:22CR00380 |

**CONSENT TO MODIFY CONDITIONS OF RELEASE**

U.S. Pretrial Services recommends the following modification of the above-named defendant's conditions of release to include:

- Surrender any passport and/or travel documents to: Clerk's office immediately upon release.
- Obtain no new passport and/or travel documents.
- Abide by the following restrictions on personal association, place of abode, or travel: Restricted to residence approved in advance by Pretrial Services.
- Undergo medical or psychiatric treatment: As directed by Pretrial Services.
- Refrain from possessing a firearm, destructive device, or other dangerous weapons.

The defendant has no future Court dates scheduled at this time.  All other conditions shall remain in effect.

On January 9, 2023, Assistant U.S. Attorney Michael Cunningham and defense counsel Gary Proctor were notified of the proposed modification. The parties have no objection to the proposed modification.

_Paige Cameron_             1/12/2023

Paige Cameron  
U.S. Probation Officer      Date

_Nicole L. Johnson_          1/12/2023

Nicole Johnson  
Supervisory U.S. Probation Officer      Date

☑ The above modification of conditions of release is ordered, to be effective on 1/12/2023.

☐ The above modification of conditions of release is *not* ordered.

_Paula Xinis_            1/12/23

The Honorable Paula Xinis  
U.S. District Judge      Date