IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. 22-cr-0380-PX |
| | * | |
| JASON MICHAEL LEIDEL, | * | |
| | * | |
| Defendant. | * | |
| | ****** | |

## STATUS REPORT

After consultation with counsel for the Defendant, the United States submits this report on the status of litigation. Discovery has continued, including counsel for Mr. Leidel spending several hours this week examining evidence at the FBI facility at Woodlawn, Maryland. Government counsel and agents have met with defense counsel to facilitate easier understanding of the voluminous digital evidence obtained in this case.

At the same time, we have continued to address the possibility of a negotiated resolution and will continue to do so. We are scheduled for a telephone call with the court at 9:00 am, July 5, 2023, and will provide additional information as necessary at that time.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: /s/ P. Michael Cunningham
P. Michael Cunningham
Assistant United States Attorney

1