IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**UNITED STATES**             *
                              *
    **v.**               *   Case No.: 8:22-cr-0380-PX
                              *
**JASON LEIDEL**              *

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

**PREMISES CONSIDERED:**

It is **ORDERED** that the Defendant's conditions of pretrial release are amended in the following ways:

- Defendant is permitted to travel to Virginia Beach, VA from August 14, 2023 through August 15, 2023 in order to appear at a hearing with his minor daughter, and again from August 23, 2023 through August 24, 2024 in order to appear at a hearing related to an ongoing custody matter. He is further permitted to stay at a hotel which is pre-approved by his pretrial officer.

- Defendant is permitted to travel in Scranton, PA for 2 hours in order to locate an acceptable storage unit, as approved by his pretrial officer.

- Defendant is permitted to travel to Montgomery County, Maryland with a family member for a two-day time period as approved by his pretrial officer in order to empty out his storage unit.

In all other respects, Defendant's conditions of Pretrial Release remain the same.

Date: _____          _____