**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES** | * | |
| | * | |
| v. | * | **Case No.: 8:22-cr-0380-PX** |
| | * | |
| **JASON LEIDEL** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

**PREMISES CONSIDERED:**

It is **ORDERED** that the Defendant's conditions of pretrial release are amended in the following ways:

- Defendant is permitted to travel to Virginia Beach, VA from August 14, 2023 through August 15, 2023 in order to appear at a hearing with his minor daughter, and again from August 23, 2023 through August 24, 2024 in order to appear at a hearing related to an ongoing custody matter. He is further permitted to stay at a hotel which is pre-approved by his pretrial officer.

- Defendant is permitted to travel in Scranton, PA for 2 hours in order to locate an acceptable storage unit, as approved by his pretrial officer.

- Defendant is permitted to travel to Montgomery County, Maryland with a family member for a two-day time period as approved by his pretrial officer in order to empty out his storage unit.

In all other respects, Defendant's conditions of Pretrial Release remain the same.

Date: ___8/11/23_____

_____/S/_____
Paula Xinis
United States District Judge