# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. 22-cr-0380-LKG** |
| | * | |
| **JASON MICHAEL LEIDEL,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |

*******

## MOTION TO SUBSTITUTE REDACTED
## AFFIDAVIT AND UNSEAL MOTION TO REVOKE AND ORDER

The United States of America, by its undersigned attorneys, hereby moves this Honorable Court for an Order authorizing the substitution of a redacted version of the Affidavit submitted as Exhibit 1 with the Government's Motion to Revoke, and unsealing said Motion, the redacted Affidavit, and this court's Order revoking pretrial release. These documents were Super Sealed by Order of this court on December 5, 2023.

Defendant Sean Michael LEIDEL, was arrested in the Middle District of Pennsylvania this morning, December 7, 2023, and is currently being transported directly to this contiguous District for an initial appearance in accordance with Fed. R. Crim. P. 5. The Government intends to present him for a prompt appearance today. The Government has simultaneously moved in the Middle District of Pennsylvania for the substitution of redacted versions of the Affidavit and Attachment B thereto, submitted in support of applications for search warrants in that District, and the unsealing of all warrant documents.

The Affidavit submitted as Exhibit 1 to the Government motion contains personal privacy protected information, including the identities of victim(s) and or third-parties, as well as email accounts, phone numbers, addresses and other non-public information, the disclosure of which

could adversely impact those individuals as well as the continuing investigation of alleged crimes by the Defendant.

If it becomes necessary to reveal redacted information to counsel for the Defendant, the Government will do so under the auspices of a protective order which is in place in this case.

WHEREFORE, the government respectfully requests that the court authorize the substitution of the redacted Affidavit as Exhibit 1 to the motion to revoke, and the Unsealing of the Motion to Revoke, the redacted Exhibit 1, and this Honorable Court's Orders regarding the Revocation of Pretrial Release and the Arrest Warrant.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: _____
P. Michael Cunningham
Assistant United States Attorney

ORDERED as prayed this _____ day of December, 2023.

_____
Timothy J. Sullivan
Chief United States Magistrate Judge