IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED _____ ENTERED _____
LOGGED _____ RECEIVED _____

DEC - 7 2023

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

UNITED STATES OF AMERICA

vs.   *   Case No. LKG 22-cr-00380-1

Jason Michael Leidel

\*\*\*\*\*\*

### ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by **Gary Proctor**, and the Government was represented by Assistant United States Attorney **P Michael Cunningham**, it is

**ORDERED**, this **7th** day of **December** **2023**, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

_____
Timothy J. Sullivan
United States Magistrate Judge

Court has previously granted government's motion to revoke COR. This Order will detain Defendant in USMS custody until Defendant elects to seek COR at an appropriate time, if any, after his consultation with counsel.
TJS

U.S. District Court (4/2000) Criminal Magistrate Forms: Detention by Agreement