IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. 22-cr-0380-LKG |
| | * | |
| JASON MICHAEL LEIDEL, | * | |
| | * | |
| Defendant. | * | |

******

## STATUS REPORT

After consultation with counsel for the Defendant, the United States submits this report on the status of the case. On February 13, 2024, Defendant Jason Michael Leidel filed a *pro se* motion for an attorney inquiry hearing (ECF 106) which this court referred to Magistrate Judge Sullivan for a hearing (ECF 107). That hearing was scheduled for March 22, 2024, but before that date, former defense counsels Proctor and Smith filed a Motion to Withdraw (ECF 110). Before the attorney inquiry hearing, this court granted counsels' motion to withdraw and appointed Marc G. Hall, Esquire, to represent Leidel (ECF 112). The subject of Leidel's *pro se* pleading of March 31, 2024, (ECF 114) styled by the Clerk's office as a Motion to Continue, remains sealed and unknown to Government counsel.

Counsel for the Government have been in contact with Mr. Hall and have scheduled a reverse proffer session with him on April 26, 2024, at which time we expect to provide him a fulsome explanation of the evidence implicating Leidel not only in the charged conduct but those matters which prompted the Government to obtain an arrest warrant and revocation of his pretrial release conditions. We will also address the status of discovery previously provided to defense counsel and assess what additional discovery Mr. Hall will need before

1

filing motions and for his trial preparation.

The parties anticipate that after the meeting of April 26, 2024, and when Mr. Hall has had an opportunity to meet with Leidel more extensively, we will be able to advise the court of anticipated litigation.

Accordingly, we respectfully suggest that this court order another status report after May 15, 2024.

                                         Respectfully submitted,

                                         Erek L. Barron
                                         United States Attorney

By:    _____
                                         P. Michael Cunningham
                                         Thomas M. Sullivan
                                         Assistant United States Attorneys

cc:     Marc G. Hall, Esquire
        Counsel for Leidel