

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Kenneth S. Clark*　　　　　　　　　　　*Suite 400*　　　　　　　　　*DIRECT: 410-209-4859*
*Assistant United States Attorney*　　　　*36 S. Charles Street*　　　　*MAIN: 410-209-4800*
*Kenneth.Clark@usdoj.gov*　　　　　　　*Baltimore, MD 21201-3119*　　*FAX: 410-962-0717*

November 21, 2025

**VIA ECF**

The Honorable Lydia K. Griggsby
United States District Court for the District of Maryland
6500 Cherrywood Lane, Suite 400
Greenbelt, Maryland 20770

　　　　Re:　　Joint Status Report - *United States v. Jason Leidel*
　　　　　　　　Crim. No. LKG-22-00380

Dear Judge Griggsby:

　　　After consultation between the parties, we write to advise the Court of the items we anticipate raising during the pretrial conference, scheduled for Monday, November 24. The parties would like to address:

1. *Frye/Lafler* hearing;
2. Availability of defense expert and defense intent to go forward with trial;
3. Motion re expert/lay testimony (ECF Nos. 199, 200);
4. Rule 615 on sequestration of witnesses;
5. Government exhibit drives;
6. Trial schedule (hours, any days off); and
7. Water at counsel table and witness stand.

There are several items that we do not anticipate needing to address on Monday. First, per the latest Government filing, there is no need to address the 404(b) motion (ECF Nos. 192, 198, 202). Second, the motion regarding a reasonable doubt instruction (ECF Nos. 193, 201) is still pending but the parties anticipate addressing that during the charging conference at the end of trial.

Of course, the parties will be happy to address any other items on the Court's agenda. Please do not hesitate to contact us with any questions or concerns.

                                                Respectfully submitted,

                                                Kelly O. Hayes  
                                                United States Attorney

By:         /s/  
               Kenneth Clark  
               Chris Sarma  
               Assistant United States Attorneys

cc: Marc Hall, Esq. (via ECF and email)