CASE NUMBER: LKG 22-0380
CASE NAME: USA v. JASON LEIDEL

FILED _____ ENTERED
LOGGED _____ RECEIVED

DEC 11 2025

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY HC                    DEPUTY

We have a verdict

JUROR NUMBER: ▮▮▮

DATE: 12/11/2025
TIME: 4:05 pm

Jury Note (Rev. 2/2009)

CSO: Itghm Cty
Time: 1606
Date: 12/11/2025