FILED_____ ENTERED
LOGGED_____ RECEIVED

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

DEC 11 2025

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY HC                    DEPUTY

)
UNITED STATES OF AMERICA,    )
)
v.                          )    Criminal Case No. 22-cr-00380-LKG
)
JASON MICHAEL LEIDEL,       )
)
Defendant.              )
)

## VERDICT FORM

### COUNT ONE

1.    How do you find the defendant, Jason Michael Leidel, as to Count One of the Indictment, Cyberstalking?

Guilty __X__                    Not Guilty _____

**THE FOREGOING CONSTITUTES THE UNANIMOUS VERDICT OF THE JURY.**

12/11/2025
Date