Your Honor, I come before this court today and take a few moments of its time to reflect on the impact this entire ordeal had on the life of my children and myself. I come as a person full of fear and sadness.  I beg grace to tell you a little of what this experience cost my daughters and myself both emotionally and financially, with no expectation or illusion that those losses will ever be replaced.  I ask the indulgence of the court to truly hear the fear and sadness, with a small hope that the decisions of sentencing will ease that fear and prevent more emotional terror being experienced by my family. Today I talk about how being a victim of a systematic terror campaign shaped ███, ███ and myself and the losses we incurred.

I made an active choice to dissolve my marriage in 2018. I chose this because I was not the best version of myself, with him, and I couldn't be the person I needed to be for my children in a marriage that wasn't healthy. At the time I left, ███ and ███, didn't believe they were unloved or that separation was their fault. At the time, with an adult choice to separate we had an opportunity to provide them with the unconditional love and stability they deserved. We had the opportunity to be the best versions of ourselves, to show them two strong, independent individuals. Instead, Jason chose to bring terror, fear, resentment, and vengeance into their world.

His anger and terror destroyed his relationship with ███ and ███ his actions erased a connection with him that should have been the most important male connection in their lives. He wasn't the role model that fatherhood requires, instead when he couldn't directly attack me, he manipulated court systems, to isolate the girls and rant his negative thoughts of me directly at them.  He made their belongings weapons of trauma by threatening mistreatment or death towards family pets during custody exchanges. He placed a bag of dog hair and dog feces in their suitcase to send home to me. He stole their passports and refused their participation in vacations with me. He weaponized every aspect of the court system, to destabilize ███ and ███'s comfort, from acting as Pro Se, to providing fake emails to gain emergency custody which uprooted ███ in the beginning of her middle school transition and ███ in her transition to 3rd grade. There is no word to describe the agony of being paralyzed in your ability to protect your children because their father weaponized the court system, forcing ███ and ███ to be robbed of their choices and punishing them if they didn't agree with him.

He terrified our everyday lives with endless texts and emails, making us feel like we were trapped in a fishbowl, watched and scrutinized at every turn. He instilled in me the fear that I would never be able to make it on my own. From getting text messages asking, "how my coffee was?" when I had just stopped at Starbucks, to showing up in a parking lot knocking on my car window at the girl's dentist appointment, to unrelenting anonymous text

messages soliciting sex or sending pornographic pictures. His actions forced us to surrender our family cat and prevented the girls from accessing their dog.

He ripped away the innocence of a 7-year-old by manipulating her words and taking innocent events that brought joy and connection and reduced them to fear, doubt and anger.  He stifled her ability to trust men and relationships because of his own anger and jealousy.  He forced her to talk to law enforcement and therapist about sexual accusations that are uncomfortable for anyone when in fact they never happened. This trauma strained a natural relationship between the girls and Mike, their stepfather, because everyone became fearful of what we would have to defend ourselves from next. His actions dislocated us from our home by taking out multiple protective orders under false pretenses. These events shaped the girls' conceptions of mental health providers and courts, it stigmatized talking to health professionals and trusting courts because they felt unheard and misguided.

Over the course of seven years, ████'s special needs were only exacerbated by the chaos he caused. Instead of feeling supported and loved, she now feels abandoned. She has experienced two acute stays and one residential stay for mental health breaks over these past years. She struggles with trust, and it's nearly impossible for her to form stable relationships.

He stole opportunities from my daughters. I absorbed $99,009 in legal fees since 2019 to maintain custody and attempt to keep the girls close and safe. He berated the judicial system by submitting cumbersome motions, acting as his own attorney, presenting false emails and false medical records in custody hearings. He even filed false police reports, one of which led to my arrest. My daughters watched me get handcuffed and placed in a police car. We cried together during a brief collect call I was able to make from jail, just to let them know I was okay and that I missed them. My husband, Michael, spent $2,500 in legal fees to prove that those documents weren't from me, just so I could come home. I lost two days of pay, as I had just started a new job and didn't have any leave time. When I returned to work, explaining my personal life to my employer, begging them not to regret hiring me, was a humiliation of epic proportion. As the harassment continued, my boss sent me home to telework for safety reasons, fearing that my presence would invite potential danger and distraction. Instead of bonding with my new colleagues and proving myself as a dedicated, capable worker, I became infamous for my personal struggles.

This has gone on for seven years, and the emotional toll it's taken on me, and my daughters is impossible to fully express. There have been so many moments of support, from law enforcement, prosecutors, and even family, who tell me how strong, brave, and resilient I am. Those words, though, are not what I wish for our story. I wanted my daughters to have

the opportunity to live a life filled with love, laughter, and experiences—both in their mother's home and their father's. I wanted both homes to be places of safety, joy, and stability. Instead, every place became a place of fear, uncertainty, and loss. These events were entirely of Jason's creation.  His systematic attacks tried to prevent my employment, deprive me of my lively hood, take my children away, and isolate me from any human connection. When that wasn't enough, he targeted ▮▮▮▮ and ▮▮▮▮▮'s stability and their mental well-being, and then he targeted Michael and his children.

The financial and material losses were devastating. I couldn't provide ▮▮▮▮ with a college fund. I've taken on massive debt, depleted retirement accounts, all to shield my daughters from the pain of not only losing their father and the weight of what he made them bear, but also not having the financial stability they deserved and that I would have been capable of if I wasn't having to fight in court for seven years. At times, I parented out of guilt, trying to make up for the beauty of two families and two homes, something my daughters saw their step siblings experience, but couldn't experience themselves.

Each day, I lived with the fear of what new catastrophe would arise, and the emotional turmoil often made it impossible to be fully present in my life. The times I sought emotional support through therapists, Jason Leidel used his role as pro-se to obtain those medical records and pry further into my life, making it impossible for me to seek any guided support to find my way through this situation. As much as I desired to be the best version of myself, the weight of this obstacle prevented me from achieving what I knew I was capable of — as a mother, in my career, or in my relationships.

I fear that Jason will never stop. When I left him in 2018, he vowed to destroy me. He almost succeeded, and I fear that once he is no longer under the law's watchful eye, he will come after me again. His anger has never been about moving forward or healing—only about blame and revenge. He's shown no remorse, made no attempts to repair what he's done, and has given no indication that he has moved on.

And now, standing before you, I'm not angry. I am sad. Sad for all the opportunities and happiness we lost that can never be reclaimed. Sad for the relationships lost, like with my ex-in-laws, because I couldn't trust anyone involved with him. I'm sad for my children, who will never be able to answer the question, "Where's your dad?" without feeling the weight of stigma and shame that should never have been their burden.

His actions have caused ripples that extend far beyond what we can see, and he has done everything in his power to erode our lives and compromise our foundation. I'm scared he will never stop, that he will continue to torment us, with no remorse and no will to change. I

am fearful that he will aim his sight on ███████ my 15-year-old daughter and force her to be subjected to whatever his whim of vengeance may be because she is still of age for him to make attempts at controlling custody.  He will try to hurt her because he can't get directly to me. I want my daughters and myself to be able to walk without fear and could define our stories without his control over it.