**MEMORANDUM**

**FROM:** Mr. Michael C. Swenson and Ms. Erica Swenson
**TO:** The United States District Court for the District of Maryland
**DATE:** January 26, 2026

**SUBJECT:** VICTIM IMPACT COSTS RELATED TO ERICA SWENSON AND MICHAEL C. SWENSON

I respectfully submit this memorandum to outline the direct and indirect financial costs incurred because of Mr. Jason Michael Leidel's criminal conduct. These costs reflect expenses that were necessary to protect our family, respond to false allegations, and mitigate ongoing harassment. They do not account for emotional harm, long-term psychological impacts, or opportunity costs that cannot be easily quantified.

The figures below represent conservative estimates based on records, invoices, and personal accounting.

**Documented Victim Impact Costs**

- **Custody-Related Legal Fees**
  Costs incurred in responding to false allegations, emergency filings, and custody-related proceedings driven by Mr. Leidel's conduct.
  - **Total:** $99,009.00

- **Temporary Phones and Lines for the Children**
  Temporary phones and service lines obtained to allow safe communication and prevent misuse of existing numbers.
  - **Total:** $170.00

- **Phone Number Changes and Activation Fees**
  Activation fees associated with repeatedly changing phone numbers to stop harassment and misuse of personal contact information.
  - Max: 1 line
  - Michael: 2 lines
  - Erica: 3 lines
  - Activation fee: $35 per line
  - **Total:** $210.00

- **Home Security Measures**
  Installation and use of security cameras and related equipment to address safety concerns arising from stalking behavior.
  - **Total:** $500.00

- **Lost Wages**
  Two days of lost work without pay resulting from required responses to legal proceedings and law enforcement matters.
  - **Total:** $602.00

- **Therapist Support**

  Five therapy visits to seek counseling support to cope with all events

  - **Total:** $400.00

- **Attorney's Fees Related to Erica's Arrest**
  Legal fees incurred to respond to Erica Swenson's arrest stemming from false allegations.

  - **Total:** $2,500.00

- **Attorney's Fees – Maryland Proceedings (Michael Swenson)**
  Legal representation required in Maryland to defend against false charges and protective order proceedings.

  - **Total:** $2,500.00

- **Attorney's Fees – Maryland Proceedings (Erica Swenson)**
  Legal representation required for Erica Swenson to defend against false protective order filings in Maryland.

  - **Total:** $2,500.00

- **Aggregate Documented Financial Impact**
  The total documented financial costs incurred as a direct result of the offense conduct.

  - **Subtotal (Erica Swenson): $105,391.00**

  - **Subtotal (Michael C. Swenson): $3,000.00**

  - **Total: $108,391.00**

### Summary

These expenses were not discretionary. They were incurred solely as a result of Mr. Leidel's sustained criminal conduct and were necessary to protect our family, comply with legal processes, and mitigate ongoing harm. The financial burden compounded the emotional and psychological impact on our household and diverted resources away from our children's care, education, and well-being.

I respectfully ask the Court to consider these costs as part of the overall harm caused by the offense conduct.

Respectfully submitted,

**Michael C. Swenson**                                          **Erica F. Swenson**