**RECOGNIZANCE AND BOND TO KEEP THE PEACE**                    Va. Code §§ 19.2-21, 19.2-258

| | |
|---|---|
| | Hearing Date        Case No. JA158686-02-00 |

VIRGINIA BEACH J&DR                    [ ] General District Court
                                       [x] Juvenile and Domestic Relations District Court

Hearing Date: 02/22/2019

I, the Accused, hereby acknowledge the finding of a judge of this Court that good cause has been shown to require that I enter into a recognizance to keep the peace due to one or more of the reasons set forth in Va. Code § 19.2-19. I hereby give my promise to fulfill faithfully the following conditions:

1.  To keep the peace and be of good behavior until _February 22, 2021_

**RECOGNIZANCE AND BOND TO KEEP THE PEACE**

2.  _No harassing contact + Mr. Leidel will not access any of Mrs. Leidel's accounts, including but not limited to online bank accounts, social media, email + apple accounts._

LEIDEL, JASON MICHAEL
ACCUSED        LAST NAME, FIRST NAME, MIDDLE INITIAL

15520 JONES LANE
GAITHERSBURG, MD, 20878
                           TEL NO. (252) 917-2915

_____02/22/2019_____                    _____Jason Leidel_____
DATE                                        ACCUSED

| DATE RECEIVED | DATE DISBURSED/ DISCHARED |
|---|---|
| BOND AMOUNT | RECEIPT NO (IF CASH DEPOSIT) |

WARNING: Failure to fulfill the terms and conditions above or any violation thereof may result in forfeiture of the bond on the lower portion of this document.

**BOND**
The Accused, and Surety(ies) (if any), each hereby acknowledges himself, his heirs and assigns indebted to the

Locality named above in the sum of $ _7500⁰⁰_ ,

[x] UNSECURED        [ ] cash        [ ] corporate surety        [ ] professional bondsman

[ ] SECURED by:        [ ] other solvent surety(ies) having real or personal property

(and if secured by other solvent surety(ies) having real or personal property, the undersigned, having demonstrated to the officer taking this bond the nature of their interest in the property, also make oath that the equity of the undersigned in the property equals or exceeds the amount of this bond).
The additional terms printed on the back side of this document are incorporated herein by reference.

RELEASE: The promise to fulfill the conditions of recognizance and the bond were subscribed and sworn to before me this day after I explained the conditions and warnings to the Accused and, if any, custodian and surety. The accused is ordered released pursuant to the terms within.

_____
               [ ] CLERK    [x] JUDGE
_____2-22-19_____
DATE AND TIME

_____ (SEAL)    _____ (SEAL)
SURETY                        ACCUSED.

_____ (SEAL)    _____ (SEAL)
SURETY                        ACCUSED

_____ (SEAL)    _____ (SEAL)
SURETY                        ACCUSED

Surety: Name(s), address(es), and if corporate surety, name(s) of authorized agent(s).

FORM DC-364 (MASTER, PAGE ONE OF TWO) 10/15